| | |
|---|---|
| Todd Espinosa (SBN 209591) | ERNEST M. ISOLA (SBN: 191486) |
| Law Office of Todd Espinosa | eisola@grsm.com |
| 2000 Broadway Street | JESSICA L. CLOUSE (SBN: 294671) |
| Redwood City, California 94063 | jclouse@grsm.com |
| 650-241-3873 telephone | GORDON REES SCULLY |
| 650-409-2550 facsimile | MANSUKHANI, LLP |
| tie@toddespinosalaw.com | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| Navneet K. Grewal (SBN 251930) | Telephone: (415) 875-3145 |
| Navneet.Grewal@disabilityrightsca.org | Facsimile: (415) 986-8054 |
| Lucia J. Choi (SBN 307384) | |
| Lucia.Choi@disabilityrightsca.org | Attorneys for Defendant and Counter-Complainant |
| Disability Rights California | DANA OGDEN, INDIVIDUALLY AND |
| 350 South Bixel Street, Suite 290 | AS TRUSTEE OF THE OGDEN 1997 |
| Los Angeles, CA 90017 | TRUST, AS RESTATED AND AMENDED |
| Telephone: (213) 213-8000 | |
| Facsimile: (213) 213-8001 | |

*Attorneys for Plaintiff-Relator and Counter-Defendant Thomas Grinner and Counter-Defendant Aisha Bailey*

*(Additional counsel listed on following page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. THOMAS GRINNER,<br><br>Relator,<br><br>v.<br><br>DANA OGDEN, individually and as trustee of THE OGDEN 1997 TRUST, as restated and amended,<br><br>Defendant.<br><br>AND COUNTERCLAIM | Case No. 4:20-cv-01691-DMR<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF FURTHER CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)**<br><br>Date:  n/a<br>Time:  n/a<br>Before:  Hon. Donna M. Ryu |

Palmer Buchholz (SBN 307020)
Bay Area Legal Aid
1735 Telegraph Avenue
Oakland, California 94612
(510) 250-5257 telephone
(510) 663-4740 facsimile
pbuchholz@baylegal.org

Nubyaan S. Scott (SBN 331584)
Nubyaan.Scott@disabilityrightsca.org
Disability Rights California
1831 K Street
Sacramento, CA 95811
Telephone: (213) 213-8000
Facsimile: (213) 213-8001

*Attorneys for Plaintiff-Relator and Counter-Defendant Thomas Grinner and Counter-Defendant Aisha Bailey*

Pursuant to Civil Local Rule 6-2, Plaintiff-Relator and Counter-Defendant Thomas Grinner, Counter-Defendant Aisha Bailey and Defendant and Counter-Complainant Dana Ogden (collectively, the "Parties") respectfully submit this stipulated request for an order extending the dates for the further case management conference and the filing of the updated joint case management statement forth in this Court's July 19, 2021 stipulated order until after the October 1, 2021 mediation date that has been reserved in this case. *See* Dkt. No. 100.

On February 25, 2021, the Court referred this case to mediation through the ADR Program to take place within 90 days or as soon thereafter convenient to the assigned mediator's calendar. *See* Dkt No. 64.

On March 9, 2021, the Court appointed Howard Herman, Esq. of JAMS as mediator. *See* Dkt. No. 70.

Mediation was set for May 14, 2021 at 12:00 p.m. before Mr. Herman. *See* 3/25/2021 Docket Entry.

Shortly before the May 14, 2021 mediation, JAMS staff informed counsel for the Parties that Mr. Herman was not available to proceed on the scheduled day due to an emergency.

In their July 13, 2021 stipulation and request regarding the continuance of trial and pretrial dates, the Parties explained that they expected to be able to schedule mediation in this case in July or August 2021. *See* Dkt. No. 99. However, based on the Parties' and mediator's availability, October 1, 2021 is the earliest date that the Parties have been able to reserve.

In light of the later than expected mediation date and in an effort to avoid the potentially unnecessary expenditure of time by the Court and the Parties, counsel for the Parties believe that a limited postponement of the further case management conference and updated joint case management statement in this case is warranted. The Parties therefore respectfully make this

1  stipulated request for the following extensions of the dates specified in the Court's July 19, 2021

2  stipulated order (Dkt. No. 100):

3     (i)   that the September 15, 2021 further case management conference be reset for

4          October 20, 2021 at 1:30 pm by Zoom video conference; and

5     (ii)   that the September 8, 2021 date for filing the updated joint case management

6          statement be extended to October 13, 2021.

7     At the suggestion of the Court's ADR Program and JAMS staff, the Parties further

8  respectfully request that the Court extend the mediation deadline set forth in its prior order (Dkt.

9  No. 64) to October 1, 2021, or as soon thereafter as is convenient to the mediator's calendar.

10

11                                  Respectfully submitted,

12  Date:  August 13, 2021          /s/ Todd Espinosa
                                        Todd Espinosa
13                                       Law Office of Todd Espinosa

14                                       Navneet K. Grewal
                                      Lucia J. Choi
15                                       Nubyaan S. Scott
                                      Disability Rights California
16

17                                       Palmer Buchholz
                                      Bay Area Legal Aid

18                                       *Attorneys for Plaintiff-Relator and Counter-*
                                      *Defendant Thomas Grinner and Counter-Defendant*
19                                       *Aisha Bailey*

20

21

22

23

24

| | |
|---|---|
| Date: August 13, 2021 | /s/ Ernest M. Isola |
| | ERNEST M. ISOLA |
| | JESSICA L. CLOUSE |
| | GORDON REES SCULLY MANSUKHANI, LLP |
| | |
| | Attorneys for Defendant and Counter-Complainant DANA OGDEN, INDIVIDUALLY AND AS TRUSTEE OF THE OGDEN 1997 TRUST, AS RESTATED AND AMENDED |

**Civ. L.R. 5-1 Attestation** — I attest that the signatories to this document have concurred in its filing.  /s/ Todd Espinosa

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED AS MODIFIED.

Date: August 17, 2021

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Donna M. Ryu